JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHEILA LEVY, an individual, | Case No. 2:20-CV-06481 AB (KKx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |
| TARGET CORPORATION; and DOES 1 through 15, inclusive, | |
| Defendants. | |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff SHEILA LEVY for Remand to the Los Angeles County Superior Court (Dkt. No. 10) has been fully considered by the Court and **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED** for the reasons set forth therein.

This matter is hereby **REMANDED** to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 20STCV22181.

Dated:  August 21, 2020 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE